UNITED STATES DISTRICT CCOURT

DISTRICT OF NEVADA

| | |
|---|---|
| ANTHONY M. THOMAS,<br><br>    Plaintiff,<br><br>vs.<br><br>THE ROW CASINOS, *et al.*,<br><br>    Defendants. | Case No.: 3:19-CV-00566-RCJ-WGC<br><br>ORDER ADOPTING AND ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE (ECF NO. 21) |

Before the Court is the Report and Recommendation of United States Magistrate Judge William G. Cobb (ECF No. 21[1]) entered on December 13, 2019, recommending that the Court grant Plaintiff's IFP Application (ECF No. 2) and file the Complaint (ECF No. 2-1). No objection to the Report and Recommendation has been filed.

This action was referred to Magistrate Judge Cobb under 28 U.S.C. § 636(b)(1)(B) and Local Rule IB 1-4 of the Rules of Practice of the United States District Court for the District of Nevada.

The Court has considered the pleadings and memoranda of the parties and other relevant matters of record pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule IB 3-2.

IT IS HEREBY ORDERED that Magistrate Judge Cobb's Report and Recommendation (ECF No. 21) entered on December 13, 2019, is ADOPTED and ACCEPTED.

---

[1] Refers to Court's docket number.

1

IT IS FURTHER ORDERED that Plaintiff's IFP Application (ECF No. 2) is GRANTED. The Clerk of the Court shall file the Complaint (ECF No. 2-1).

IT IS FURTHER ORDERED that this action is DISMISSED WITH PREJUDICE.

IT IS FURTHER ORDERED that the Motion for Jury Trial (ECF No. 15) is DENIED AS MOOT.

IT IS FURTHER ORDERED that the Clerk of the Court shall close the case.

IT IS SO ORDERED.

Dated this 30th day of December, 2019.

_____
ROBERT C. JONES
Senior District Judge